**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Jagodzinski Development Corp.,

Plaintiff,

-vs-

Allen-Lee Homes, Inc.; Glen Holbert; and, Julie Holbert,

Defendants.

Court File No. Civil 01-2330 DSD/SRN

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE, ORDER FOR JUDGMENT, AND JUDGMENT**

---

The undersigned attorneys for Plaintiff Jagodzinski Development Corp., and Defendants Glen Holbert, Julie Holbert, and Allen-Lee Homes, Inc., respectively, having fully compromised, settled and resolved the parties' claims in the above-entitled action, hereby stipulate to the dismissal with prejudice of (a) plaintiff's action and (b) the crossclaim of Defendants Glen and Julie Holbert. Therefore,

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, that (a) plaintiff's claims against defendants in this lawsuit may be, and they hereby are, dismissed on the merits and with prejudice, and (b) Glen and Julie Holbert's crossclaim against Allen-Lee Homes, Inc. may be, and it hereby is, dismissed on the merits and with prejudice; but without costs, expenses, attorney's fees, or disbursements awarded to any of the parties.

**IT IS FURTHER STIPULATED** that, without further notice, a judgment of Dismissal with Prejudice and upon the merits of plaintiff's claims against the defendants and upon the

FILED ______ 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

merits of the Holberts' crossclaim against Allen-Lee Homes, Inc., without costs, expenses, attorney's fees, or disbursements awarded to any of the parties, may be entered herein.

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

Dated: Aug. 13, 2002

Ronald L. Haskvitz, I.D. # 4202X
Attorney for Plaintiff
1800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 339-8131

WINTHROP & WEINSTINE

Dated: 8/15, 2002

Mathew McBride, I.D. No. 261981
Attorney for Defendants Glen and Julie Holbert
3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, MN 55101-4919
(651) 290-8400

DRAWE & HEISICK

Dated: 8-20, 2002.

Michael L. Oja, I.D. #0298943
Attorney for Defendant Allen-Lee Homes
7701 France Avenue South, Suite 400
Minneapolis, MN 55435
Phone: (952) 841-2134

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties:

**IT IS HEREBY ORDERED** that plaintiff's claims against defendants, and Glen and Julie Holbert's crossclaim against Allen-Lee Homes, Inc., in the above-entitled action, are hereby dismissed with prejudice and on their merits and without costs, expenses, attorney's fees, or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: Aug. 22, 2002

~~The Honorable Susan Richard~~ Nelson
United States ~~Magistrate~~ Judge